1  Suzanne C. Leidner
2  LEIDNER & LEIDNER
   4622 Hollywood Blvd.
3  Los Angeles, CA 90027
4  Tel: (323) 664-5670
   Fax:(323)662-0840
5  email:  Scleidner@aol.com
6  State Bar of California #090387

7
   Attorney for Plaintiff
8  LEONARD BERNARD THOMAS III

9
              UNITED STATES DISTRICT COURT
10           CENTRAL DISTRICT OF CALIFORNIA.
11              EASTERN DIVISION
12

13  LEO BERNARD THOMAS III          )  CASE NO.:   5: CV 13-0961  AGR

14                                  )

15  Plaintiff                       )    Order Awarding EAJA
                                    )     Fees
16                                  )
       vs.                          )
17                                  )
18  CAROLYN W. COLVIN[1],           )
    Commissioner of Social Security, )
19                                  )
                                    )
20  Defendant.                      )

21

22        IT IS ORDERED that based upon the parties Stipulation for the Award

23  and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

24  _____

25
    [1]  Carolyn W. Colvin became the Acting Commissioner of Social Security
26  on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil
27  Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as
    the defendant in this suit.  No further action need be taken to continue this suit
28  by reason of the last sentence of section 205(g) of the Social Security Act, 42
    U.S.C. § 405(g).

1  attorney fees under EAJA in the amount of TWENTY-TWO HUNDRED

2  NINETY DOLLARS and 00/cents ($2,290.00), as authorized by 28 U.S.C.

3  2412(d), and subject to the terms of the above-referenced Stipulation.

4

5

6  DATED:  MARCH  31, 2014

7  _____

8                 ALICIA G. ROSENBERG
                UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28